UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHARLES SANDERS, ON HIS OWN
BEHALF AND OTHERS SIMILARLY
SITUATED,

           Plaintiffs,

-vs-                                        Case No. 6:06-cv-1216-Orl-28JGG

DRAINFIELD DOCTOR, INC.,

           Defendant.
_____

## ORDER

This case is before the Court on Plaintiff's Motion for an Order Permitting Court Supervised Notice to Employees of their Opt-In Rights (Doc. No. 34) filed February 28, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed April 16, 2007 (Doc. No. 39) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion for an Order Permitting Court Supervised Notice to Employees of their Opt-In Rights (Doc. 34) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 7th day of May, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party