# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CHARLES SANDERS and PHILLIP MOORE,

    Plaintiffs,

-vs-            Case No. 6:06-cv-1216-Orl-28GJK

DRAINFIELD DOCTOR, INC.,

    Defendant.
___

## ORDER

This case is before the Court on Plaintiffs' Motion for Award of Attorney's Fees and Costs (Doc. No. 68) filed August 25, 2008 and Defendant's Motion to Strike Plaintiffs' Motion for Award of Attorney's Fees and Costs (Doc. No. 69) filed September 5, 2008. The United States Magistrate Judge has submitted a report recommending that the motion for award of fees and costs be denied as untimely and the motion to strike be denied as moot.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

  1. That the Report and Recommendation filed February 25, 2009 (Doc. No. 72) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

  2. Plaintiffs' Motion for Award of Attorney's Fees and Costs (Doc., No,. 68) is **DENIED as untimely**.

3. Defendant's Motion to Strike Plaintiffs' Motion for Attorney's Fees and Costs is **DENIED as moot.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___13___ day of March, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party